IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          No. CV 13-0017 JP/WDS
                                                                                 CR 11-1881 JP

PATRICIA SMITH,

    Defendant.

**ORDER**

    This matter is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's motion to vacate, set aside, or correct sentence (CV Doc. 1; CR Doc. 58). The Court will direct the United States to answer Defendant's motion.

    IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside or correct sentence (CV Doc. 1; CR Doc. 58) and supporting papers and exhibits, if any, together with a copy of this Order.

    IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States answer Defendant's motion to vacate, set aside or correct sentence.

_____
UNITED STATES MAGISTRATE JUDGE