IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA SMITH,

    Petitioner,

v.                                                         Civ. 13-17/Cr. 11-1881  JAP/GBW

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This matter comes before the Court on Applicant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody.  *Doc. 1*.  Applicant argued that her counsel was constitutionally ineffective during negotiation of her plea agreement and the entry of her plea.  *Id*.  She also challenged the length of her sentence.  *Id.*

    The Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD) on January 29, 2013.  *Doc. 9*.  He recommended dismissing Applicant's ineffective assistance claims meritless and the claims related to her sentence as procedurally barred.  *Id*.

    Applicant has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

    Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, *doc. 9*, is ADOPTED.   Petitioner's claims are DISMISSED with prejudice.

*/s/ James A. Parker*
_____
SENIOR UNITED STATES DISTRICT JUDGE